UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GHANI HABIB,

Plaintiff,

v.

ST. PAUL LINOLEUM AND CARPET CO.,

Defendant.

Civil 01-1086 (JRT/SRN)

**ORDER**

Plaintiff has filed a complaint alleging that Defendant violated his rights under the federal employment discrimination laws. (Docket No. 1.) His complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that he is currently employed as a cab driver, and that his take-home pay is approximately $1400 per month. The IFP application also shows that Plaintiff owns a car, and has approximately $300 in a bank account. Plaintiff represents that he is supporting his wife and daughter, but there is no indication that he has any other unusual debts or financial responsibilities.

In light of Plaintiff's current income and assets, the Court cannot conclude that he is currently indigent for IFP purposes. Plaintiff has not adequately explained why he cannot pay the filing fee and costs of service of process using the assets and income available to him. His IFP application will therefore be DENIED.

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if he chooses to do so, he will be allowed to pursue his claims as a non-IFP

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If he fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: June 20, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge