UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1086 (JEL/JGL)

GHANI M. HABIB,

Plaintiff,

v.

REPORT & RECOMMENDATION

ST. PAUL LINOLEUM & CARPET CO., INC.,

Defendant.

The complaint in this case was filed on June 16, 2001. When no proof of service or answer was filed or other appearance made within the time required by the rules, the court issued an order on May 16, 2002, which by its terms required plaintiff to take certain action. On June 6, 2002, you filed a motion requesting an extension of time to comply with that order. On June 28, 2002, this court ordered a continuance of Judge Nelson's May 16, 2002, order by extending the time to comply to September 1, 2002. To date the court has received nothing to indicate that you have either obtained counsel or that any of the requirements of Judge Nelson's May 16, 2002, order have been met.

Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

DATED: September 17, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by OCT. 4, 2002, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Filed SEP 17 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1086 (JEL/JGL)

GHANI M. HABIB,

Plaintiff,

v.

REPORT & RECOMMENDATION

ST. PAUL LINOLEUM & CARPET CO., INC.,

Defendant.

The complaint in this case was filed on June 16, 2001. When no proof of service or answer was filed or other appearance made within the time required by the rules, the court issued an order on May 16, 2002, which by its terms required plaintiff to take certain action. On June 6, 2002, you filed a motion requesting an extension of time to comply with that order. On June 28, 2002, this court ordered a continuance of Judge Nelson's May 16, 2002, order by extending the time to comply to September 1, 2002. To date the court has received nothing to indicate that you have either obtained counsel or that any of the requirements of Judge Nelson's May 16, 2002, order have been met.

Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

DATED: September 17, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by OCT. 4, 2002, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Filed__________
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________